Alonzo GREENE, Plaintiff–Appellant,

v.

**DURHAM COUNTY POLICE DEPARTMENT, sued in individual and official capacity; R.C. SWARTZ, Durham County police officer sued in individual and official capacity; John Doe, # 1(DPO), Police Investigator, sued in individual and official capacity; John Doe, # 2(DPO), Police Investigator, sued in individual and official capacity; John Doe, DPO (Supervisor at scene), sued in individual and official capacity, Defendants–Appellees.**

No. 14–7785.

United States Court of Appeals, Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 29, 2015.

Alonzo Greene, Appellant Pro Se. Kimberly Martin Rehberg, City Attorney's Office, Durham, North Carolina, for Appellees.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alonzo Greene appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Greene v. Durham Cnty. Police Dep't*, No. 1:13–cv–00452–CCE–JEP, 2014 WL 6609676 (M.D.N.C. Nov. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*